

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00573-CV

**DINAEQUIP, LLC**,
Appellant

v.

Steve **FINDLEY**, Giancarlo Nisimblat and Roger D. Cormier,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 08-05-46976
Honorable Richard C. Terrell, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, appellant's unopposed motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

SIGNED October 2, 2013.

_____
Catherine Stone, Chief Justice